# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**869**

**KA 14-01205**

PRESENT: CENTRA, J.P., LINDLEY, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                    MEMORANDUM AND ORDER

DAVID J. PEREZ, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

LEANNE LAPP, PUBLIC DEFENDER, CANANDAIGUA (MARY P. DAVISON OF COUNSEL), FOR DEFENDANT-APPELLANT.

R. MICHAEL TANTILLO, DISTRICT ATTORNEY, CANANDAIGUA (JASON A. MACBRIDE OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from an amended order of the Ontario County Court (Craig J. Doran, J.), dated December 19, 2013. The amended order directed defendant to pay certain restitution.

It is hereby ORDERED that said appeal is unanimously dismissed.

Same memorandum as in *People v Perez* ([appeal No. 1] ___ AD3d ___ [July 2, 2015]).

Entered: July 2, 2015                          Frances E. Cafarell
                                               Clerk of the Court